**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RICHARD JEUDY,

Petitioner,

v.

CALIFORNIA CITY CORRECTIONAL CENTER,

Respondent.

Case No.: 1:26-cv-05329-TLN-CKD

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus pursuant to Federal Rule of Civil Procedure 15(a)(2).

Having reviewed the Motion, the Memorandum of Points and Authorities, the Declaration of Galina Dorris, the proposed First Amended Petition, the record in this action, and for good cause shown, the Court finds that leave to amend should be granted pursuant to Rule 15(a)(2).

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Motion for Leave to File First Amended Petition for Writ of Habeas Corpus is GRANTED**.**
2. The First Amended Petition for Writ of Habeas Corpus attached as Exhibit A to Petitioner's Motion shall be deemed FILED as of the date of this Order.
3. Respondents shall file a response to the First Amended Petition within 10 days of the date of this Order. If Respondents do not file a further response, the Court will consider the arguments presented in their original response., in ruling on the amended petition. (*See* ECF No. 8.)
4. Any reply by Petitioner shall be filed within 7 days after service of Respondents' response.
5. In light of the First Amended Petition, Petitioner's motion for temporary restraining order (ECF No. 2), Respondents' motion to dismiss (ECF No. 8) and Petitioner's request to file a supplemental reply brief (ECF No. 12) are DENIED as MOOT.

**IT IS SO ORDERED.**

DATED: October 16, 2026

Troy L. Nunley
Chief United States District Judge